**STATEMENT OF OFFENSE**

United States law, Title 18, United States Code 2258A, requires Electronic Service Providers (ESPs), such as Tumblr,[1] and Internet Service Providers (ISPs) to report any instances that violate federal laws regarding the sexual exploitation of children. This law identifies the National Center for Missing and Exploited Children ("NCMEC") as the central repository for these reports. The ESPs generate "Cybertip" reports where a suspected violation of federal child exploitation laws has occurred, which are subsequently reviewed by NCMEC analysts who forward this information to local law enforcement when they are able to determine the identity and/or location of the target subject.

On November 29, 2018, NCMEC received information from Tumblr that a Tumblr user, later identified by the Metropolitan Police Department/Federal Bureau of Investigation Child Exploitation and Human Trafficking Task Force ("CEHTTF") as David Harris (herein "HARRIS") had uploaded to a Tumblr server media files that were suspected of containing child pornography. NCMEC generated a Cybertip (Cybertip # ▮▮▮▮▮▮▮) in reference to this information, and forwarded the data to the Northern Virginia Regional Internet Crimes Against Children ("ICAC") Task Force for further investigation.

The CEHTTF was assigned the investigation regarding NCMEC Cybertip # ▮▮▮▮▮▮▮. Tumblr identified a total of ten files of suspected child pornography attributed to Cybertip # ▮▮▮▮▮▮▮. The ten files included four videos and six images that had been uploaded to Tumblr between September 7, 2018 and October 11, 2018. Tumblr reported that its employees had viewed all of these files prior to sending the information to NCMEC.

---

[1] Tumblr is a micro-blogging and social networking website that allows users to post multimedia and other content to a short form blog. These blogs can be followed by other Tumblr users.

1

A member of the CEHTTF reviewed the files provided by Tumblr as part of CyberTip #███████.  They depicted as follows:

- A video depicting a pre-pubescent African-American female inserting her own fingers into her vagina;

- An image depicting a pre-pubescent African-American female inserting her own fingers into her vagina.  This image appears to be a screenshot of the video described above.

- A video depicting a pre-pubescent African-American female with her vagina and anus/buttocks exposed to the camera, with another young African-American female's finger inserted into the vagina of the prepubescent female's vagina.  This video was uploaded to Tumblr by HARRIS three separate times;

- An image depicting a pre-pubescent Caucasian male laying completely nude on a bed with his face covered and genitals exposed;

- An image depicting a pre-pubescent Caucasian female inserting her own fingers into her vagina and with her right breast exposed;

- An image depicting a pre-pubescent African-American female exposing her right breast to the camera from underneath a t-shirt. This image is repeated three times, and is a screenshot of the second video described above.

Tumblr advised that the Tumblr user who had uploaded the images to their Tumblr account used a Tumblr screen name of "ITSMEUSEE90" and provided an email address of ███████████████████████.  Several internet protocol (IP) addresses had been identified by Tumblr as being used to access Tumblr by the user who posted the images and videos described above.  The IP addresses included an IP of ███████████████████████████, which had accessed Tumblr on October 16, 2018.  This IP address resolved to a Comcast Server.

A member of the CEHTTF issued an administrative subpoena to Comcast to identify the user of the above IP address. Comcast subsequently reported that the IP address was being used by HARRIS, with a physical service address of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. HARRIS provided a telephone number of ▬▬▬▬▬, and an email user identification of ▬▬▬▬▬▬▬▬▬▬▬ to Comcast for billing purposes. Comcast reported that the above IP address was dynamically assigned, that is, the IP address would be assigned to different users from time to time – but was assigned to HARRIS for the time period when the Tumblr account was accessed on October 16.

Investigation by the CEHTTF revealed that HARRIS has resided at the address of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ since March 10, 2008. In addition, members of the CEHTTF searched the internet for websites using the keyword, "ITSMEUSEE90," the screen name used by HARRIS for his Tumblr account. HARRIS maintained accounts using this same username on KIK Messenger, Snapchat, and Vine. An agent with the CEHTTF searched the KIK Messenger[2] application for the username "ITSMEUSEE90," and located an active KIK Messenger account the profile picture for which depicted HARRIS.

On May 28, 2019, members of the CEHTTF executed the search warrant issued by the United States District Court for the District of Columbia at HARRIS's residence, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. HARRIS was present in the home at the time of the search, along with three other residents of the apartment. HARRIS was advised at the time of execution

---

[2] KIK Messenger is a mobile application that allows users to exchange messages and content, including images and videos, individually or in groups.

of the warrant that he was not under arrest or in custody. HARRIS was also advised that the CEHTTF was only executing a search warrant at his residence, not an arrest warrant.

HARRIS agreed to a voluntary, non-custodial interview at the time of the execution of the search warrant regarding the distribution of child pornography from his residence. HARRIS was advised that he was not in custody, not under arrest, did not have to speak to the members of the CEHTTF, and could end the interview at any time. The interview was audio recorded and conducted in a vehicle outside of HARRIS's residence.

HARRIS reported he had an email address of ▇▇▇▇▇▇▇▇▇▇▇▇, and that he had a Tumblr account, but that it had been "hacked" some months before. HARRIS related that he received suspicious activity alerts from several social media accounts, to include his Tumblr account, to his email accounts, ▇▇▇▇▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇▇▇▇. HARRIS reported his Tumblr account was either "busta2019," "busta5131," "itsmeusee," or "rebelgod" because those were accounts names he used regularly. HARRIS reported using the Tumblr account to look at pornography. HARRIS thought some of the videos or images were "suspect," but stated that he believed that generally, if the images were on Tumblr, they must depict someone 18 years old.

The following items were collected as evidence from HARRIS's residence:

- ASUS laptop computer, Model X202E, SN: DBN0BC076336469
- Samsung Galaxy S9, Model SM-G960U, IMEI: ▇▇▇▇▇▇▇▇▇▇▇▇, with SIM card and SD card
- Samsung Galaxy S7, no SIM card, Model SM-G930T
- Samsung telephone, with SIM card, Model SM-J737T
- LG cellular telephone, with SIM card, Model LS675

HARRIS identified the Samsung Galaxy S9, Model SM-G960U, as his telephone which he used for work. The phone required a password, and HARRIS provided a password for the phone, but it did not unlock the phone. An SD card and SIM card were found inside the cellular device.

On May 29, 2019, an agent with CEHTTF attempted to conduct a forensic extraction of the contents of HARRIS's cellular phone by bypassing the lock on the phone. This attempt was unsuccessful, as the phone required a password to start up the telephone. On July 23, 2019, the 16 GB "PNY" SD card was removed from HARRIS's cellular phone and was inserted into a forensic tool for review. The SD card contained several folders, and one was labeled "Az." Inside the "Az" folder was another folder labeled "AzRecorderFree," which contained numerous videos of child pornography to include some videos that had been uploaded to HARRIS's Tumblr account, "ITSMEUSEE90." A sample of the child pornography videos are described below:

- A video titled "2018_09_07_05_50_29," approximately 50 seconds in length, depicted a prepubescent African-American female wearing a white tank top inserting a finger into her vagina. A portion of this video was uploaded to Tumblr by "ITSMEUSEE90" and contained in the Cybertip #███████. The video was a recorded screen capture of what was being played on a phone, and at the end of the video, the video depicted alert banners for various applications. One alert banner depicted information for Gmail account ███████████████.

- A video titled "2018_10_19_12_32_26," approximately 1 minute and 18 seconds in length, depicted a prepubescent African-American female with her vagina and anus exposed to the camera. Another young African-American female inserted her fingers into the exposed vagina of the prepubescent female. A portion of this video was uploaded to Tumblr by "ITSMEUSEE90" and was contained in the Cybertip #████████. The video was a recorded screen capture of what was being played on a phone, and at the end of the video, the video depicted alert banners for various applications. One alert banner depicted information for Tumblr account "ITSMEUSEE90."

- A video titled "2018_11_15_22_46_40," approximately 50 seconds in length, depicted a prepubescent African-American female using her hands to masturbate the penis of an adult. At one point in the video, the adult male exposed the prepubescent female's breast. The video was a recorded screen capture of what was being played on a phone, and at the end of the video, the video depicted alert banners for various applications. One alert banner depicted information for Gmail account ████████████, and another alert banner depicted information for Tumblr account "ITSMEUSEE90."

- A video titled "2018_10_13_06_42_54," approximately 2 minutes and 11 seconds in length, depicted a prepubescent Caucasian female pull her shorts to the side and expose her vagina. Later in the video, the camera was placed in close proximity of the prepubescent female's vagina, and the prepubescent female touched her vagina with her fingers. The video was a recorded screen capture of an application in which users can live stream their activity. The name of the live stream platform was visible in the live stream video. Comments from other users who were viewing the live stream were visible on the application. At the end of the recording, the video depicted alert banners

6

for various applications on the phone used to create the screen capture. One alert banner depicted information for Gmail account ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

- A video titled "2018_09_14_15_27_57," approximately 1 minute and 58 seconds in length, depicted a prepubescent African-American female pull her underwear down exposing her vagina. The prepubescent came closer to the camera, turned around, and bent over exposing her vagina and anus to the camera. The prepubescent female also spread her vagina for the camera with her fingers. The video was a recorded screen capture of an application in which users can live stream their activity. The name of the live stream platform was visible in the live stream video. Comments from other users who were viewing the live stream were visible on the application. At the end of the recording, the video depicted alert banners for various applications on the phone used to create the screen capture. One alert banner depicted information for Gmail account ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

All the videos described above were known to be recorded screen captures using a telephone belonging to HARRIS because the phone applications were visible either in the beginning and/or ending of the recording. These applications used accounts specific to HARRIS. At the end of each recorded screen capture session, the notification banner for application "AZ Screen Recorder"[3] was visible, and the square shaped "stop" button was visible and sometimes selected before the recording ended.

---

[3] AZ Screen Recorder is a free application to record everything that happens on the screen of an Android device.

In the beginning of video "2018_09_07_05_50_29," there is a notification at the top of the screen that stated "Pull down notification to stop recording."  For each screen recorded session, the notification bar is pulled down to reveal the "AZ Screen Recorder" start and stop buttons.  The recordings found on the SD card of the telephone belonging to HARRIS were in a folder labeled "AzRecorderFree." Additionally, the screen recorded sessions captured the audio from the telephone.  HARRIS could be heard at times, for example, when he took a phone call during one recorded session,[4] and in another session, sounds of masturbation were present.  In one recording, HARRIS can be seen masturbating in the reverse camera while an apparent minor is seen playing with the camera.

       Respectfully submitted,

_____
Laura Calvillo
Special Agent
FBI / Child Exploitation & Human Trafficking TF

Subscribed and sworn to before me on this 1st day of August, 2019

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

---

[4] Members of the CEHTTF are familiar with HARRIS's voice based on his prior interview.